■ JAMES FARRELL et al., Respondents, v THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants. [647 NYS2d 104] —Appeal by the defendants from an order of the Supreme Court, Nassau County (Molloy, J.), entered February 15, 1995.

Ordered that the order is affirmed, with costs, for reasons

stated by Justice Molloy at the Supreme Court. Rosenblatt, J. P., Ritter, Copertino and Florio, JJ., concur.